**Opinion filed November 19, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-09-00080-CV

_____

## DANNY HECKLER, Appellant

## V.

## KEY ENERGY SERVICES, INC., Appellee

**On Appeal from the County Court at Law**

**Midland County, Texas**

**Trial Court Cause No. CC14400**

### M E M O R A N D U M   O P I N I O N

The trial court signed its judgment on March 6, 2009. Neither a motion for new trial nor an affidavit of inability to pay costs on appeal was filed. Appellant timely filed a notice of appeal, and the record was filed in this court on April 27, 2009.

Appellant's brief was originally due to be filed in this court on May 27, 2009. In a letter dated June 26, 2009, the clerk of this court advised the parties that appellant's brief was past due, that the court on its motion had extended the due date to July 27, 2009, and that failure to file the

brief could result in the dismissal of the appeal for want of prosecution.  As of this date, a brief has not been filed.

Therefore, the appeal is dismissed.  TEX. R. APP. P. 38.8.

PER CURIAM

November 19, 2009

Panel consists of:  Wright, C.J.,
McCall, J., and Strange, J.